(Official Form 1) (12/03)

*#22064914*

| FORM B1 | United States Bankruptcy Court<br>Western District of New York | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CEGELSKI, FRANK B.** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**CEGELSKI, SARA B.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>7149 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if<br>more than one, state all):<br>1971      **0 4 2 1 6 2 9** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**111 Collingsworth Drive<br>Rochester, New York 14625** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**111 Collingsworth Drive<br>Rochester, New York 14625** |
| County of Residence or of the<br>Principal Place of Business:   **Monroe** | County of Residence or of the<br>Principal Place of Business:   **Monroe** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue (Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☑ Individual(s) | ☐ Railroad | ☑ Chapter 7     ☐ Chapter 11     ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9     ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☑ Consumer/Non-Business     ☐ Business | | ☑ Full Filing Fee Attached |
| **Chapter 11 Small Business (Check all boxes that apply)** | | ☐ Filing Fee to be paid in installments (Applicable to individuals only) |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | | Must attach signed application for the court's consideration certifying |
| ☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | | that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

*[stamp: U.S. BANKRUPTCY COURT W.D.N.Y.-ROCHESTER 04 APR 19 PM 1:44 FILED]*

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s) **FRANK C. CEGELSKI, SARA B. CEGELSKI** |
|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>  **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

4/18/04
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor

**Louis A. Ryen, Esq.,**
Printed Name of Attorney for Debtor(s) / Bar No.

**Lacy Katzen Ryen & Mittleman LLP**
Firm Name

**130 E. Main Street  (Granite Bldg)**
Address

**Rochester, NY 14604**

**585-454-5650**                          **585-454-6525**
Telephone Number

4/18/04
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____    4/18/04
Signature of Attorney for Debtor(s)              Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐     Yes, and Exhibit C is attached and made a part of this petition.
☑     No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X **Not Applicable**
_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Advanta Leasing Services
One Righter Parkway
Wilmington, DE 19803


American Express
P.O. Box 660631
Dallas, TX 75266


Ann Taylor
P.O. Box 659705
San Antonio, TX 78265


Apria Health Care
P.O. Box 827471
Philadelphia, PA 19182


Chase Bank
P.O. Box 17202
Wilmington, DE 19886


Chase Manhattan Bank USA NA
P.O. Box 52166
Wilmington, DE 19886


Chase Manhattan Mortgage Corp.
250 West Huron
Cleveland, OH 44113


Chase Small Business Financial Serv
GPO Box 26489
New York, NY 10087


Citibank
P.O. Box 6500
Sioux Falls, SD 57117

Clear Channel Communications
P.O. Box 847447
Chicago, IL 60693


Clear Channel Communications
P.O. Box 5608
Chicago, IL 60693


Discover Card
P.O. Box 15251
Wilmington, DE 19886


Fronter Telephone
P.O. Box 23008
Rochester, NY 14692


Gullace & Weld
500 First Federal Plaza
Rochester, NY 14614


Home Depot
P.O. Box 9100
Des Moines, IA 50368


Internal Revenue Service
P.O. Box 266
Niagara Square Station
Bankruptcy Sub. Station, Room 22
Buffalo, NY 14201

Kaufmanns
P.O. Box 94934
Cleveland, OH 44101


Lord & Taylor
P.O. Box 94873
Cleveland, OH 44101

MBNA America
P.O. Box 15019
Wilmington, DE 19886

MBNA America
P.O. Box 15287
Wilmington, DE 19886

Metris Co./Direct Merchants Bank
P.O. Box 21550
Tulsa, OK 74121

Office Max
P.O. Box 9020
Des Moines, IA 50368

Sears
P.O. Box 182149
Columbus, OH 43218

Thomas Fitzgerald, Esq.
16 E. Main Street
Rochester, NY 14604

USAA Federal Savings Bank
San Antonio, TX 78201

Verizon Information Services
P.O. Box 64809
Baltimore, MD 21264

WACK/WPIE/WELM/ Radio
P.O. Box 1420
187 Vienna Road

Wells Fargo Home Mortgage
P.O. Box 17467
Baltimore, MD 21297